ACCEPTED
13-15-00188-CV
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
7/9/2015 10:27:23 AM
CECILE FOY GSANGER
CLERK

## McKIBBEN & VILLARREAL, L.L.P.

ATTORNEYS AT LAW
1100 TOWER II
555 NORTH CARANCAHUA
CORPUS CHRISTI, TEXAS 78401-0841
(361) 882-6611

TELECOPIER (361) 883-8353

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS

7/9/2015 10:27:23 AM

CECILE FOY GSANGER
Clerk

July 9, 2015

Ms. Cecile Foy Gsanger
Clerk, Thirteenth Court of Appeals
Nueces County Courthouse
901 Leopard, 10th Floor
Corpus Christi, Texas 78401

     Re: *Donnie Doyle Brown v. Corpus Christi Regional Transit Authority*,
       No. 13-15-00188-CV

Dear Ms. Gsanger:

     I filed the Appellee's Brief in the above-referenced case yesterday. I noticed this morning that the brief's citations to two decisions by the court of appeals did not include the cases' subsequent history. (We recently switched from Westlaw to Lexis, and apparently copying a citation in Lexis does not automatically include the case's subsequent history. I didn't notice the problem until this morning.)

     Here are the proper citations of the cases in question, along with the page numbers of the brief where they appear:

| Case | Page |
| --- | --- |
| *Muñiz v. Cameron County*, 2012 Tex. App. LEXIS 3816 (Tex. App.—Corpus Christi, May 10, 2012, pet. denied) | 6, 8, 12 |
| *Tex. Dep't of State Health Servs. v. Gonzalez*, 2014 Tex. App. LEXIS 13499 (Tex. App—Corpus Christi, Dec. 18, 2014, no pet. history) | 6 |

I apologize for the oversight. Please let me know if you require anything further from me to correct it.

Sincerely,

*/s/ Ken Fields*
Ken Fields

Cc: Ken Hannam
    Law Office of Ken Hannam
    Park Green Atrium
    4444 Corona Drive, Suite 119
    Corpus Christi, Texas 78411
        *(by e-service)*